UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE ALBERT HOOD
          Plaintiff(s)
    v.
KAREN STEINOUR; MS. LASSITER
          Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:11-CT-3018-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 8, 2011, with service on:
George Albert Hood, 1220 Jacobs Drive #81, Eugene, OR 97401-1994 (via U.S. Mail)

July 8, 2011

/s/ Dennis P. Iavarone
Clerk