IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE ALBERT HOOD,
        Plaintiff,
   v.                              **Judgment in a Civil Case**
KAREN STEINOUR; MS. LASSITER,
        Defendants.                Case Number: 5:11-CT-3018-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
George Albert Hood, 3365 Elmira Road, Eugene, OR 97402 (via U.S. Mail)
Michael E. Lockridge (via CM/ECF Notice of Electronic Filing)

August 22, 2012                                           /s/ Julie A. Richards
                                                                     Clerk

Raleigh, North Carolina